AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Orebaugh | ) | Case No. 1:20-mj-00325-CWD |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) David Orebaugh

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(A) Possession with Intent to Distribute Methamphetamine

Date: 11/20/2020

_____
Issuing officer's signature

City and state: Boise, Idaho

Candy W. Dale, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 11-23-2020, and the person was arrested on (date) 11-30-2020
at (city and state) Subject brought into custody by DEA agent Joel Garcia from Canyon County Jail

Date: _____

_____
Arresting officer's signature

_____
Printed name and title